CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Prathima Price, Esq., SBN 321378
Amanda Seabock, SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

STEVEN H. BOVARNICK (State Bar # 99361)
Sbovarnick@lpslaw.com
LELAND, PARACHINI, STEINBERG,
MATZGER & MELNICK, LLP
199 Fremont Street - 21st Floor
San Francisco, California 94105
Telephone: (415) 957-1800
Facsimile: (415) 974-1520
Attorneys for Defendants
Lucky Zeus, LLC and Sanstar, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>LUCKY ZEUS, LLC, a California limited liability company; SANSTAR, INC. a California corporation, et al.<br><br>    Defendants. | Case: 3:21-cv-02861-LB<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 21, 2022                    CENTER FOR DISABILITY ACCESS

                                                       By: /s/ Amanda Seabock
                                                         Amanda Seabock
                                                         Attorneys for Plaintiff

Dated: October 21, 2022                    LELAND, PARACHINI, STEINBERG,
                                                        MATZGER & MELNICK, LLP

                                                     By: /s/ Steven H. Bovarnick
                                                         Steven H. Bovarnick
                                                         Attorneys for Defendants
                                                         Lucky Zeus, LLC and Sanstar, Inc

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Steven H. Bovarnick counsel Lucky Zeus, LLC and Sanstar, Inc, respectively, and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 21, 2022                     CENTER FOR DISABILITY ACCESS

                                                          By: /s/ Amanda Seabock
                                                             Amanda Seabock
                                                             Attorneys for Plaintiff