UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | Case: 3:21-cv-02861-LB |
| Plaintiff, | **ORDER** |
| v. | |
| LUCKY ZEUS, LLC, a California limited liability company; SANSTAR, INC. a California corporation, et al. | |
| Defendants. | |

**<u>ORDER</u>**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 24, 2022     _____

HONORABLE LAUREL BEELER

UNITED STATES MAGISTRATE JUDGE